IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02674-BNB

STEVEN JAMES HERNANDEZ,

Applicant,

v.

MR. ARISTEDES W. ZAVARAS, Executive Director,
MISS MARY CARLSON, Director, Computation Officer, and
JOHN DOWS & JANE DOWS,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 31 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant Steven James Hernandez initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the computation of his prison sentence. On January 10, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Hernandez to file an amended application on the proper form that clarifies the claims he is asserting. On February 4, 2008, Mr. Hernandez filed on the proper form an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 6, 2008, Magistrate Judge Boland ordered Mr. Hernandez to show cause why the amended application should not be denied for failure to exhaust state court remedies. Mr. Hernandez was warned that the action would be dismissed without further notice if he failed to show cause within thirty days.

Mr. Hernandez has failed to show cause why the amended application should not be denied and he has failed to respond in any way to Magistrate Judge Boland's

February 6 order. Therefore, the amended application will be denied and the action will be dismissed without prejudice for failure to exhaust state court remedies. Accordingly, it is

ORDERED that the habeas corpus application and the amended application are denied and the action is dismissed without prejudice for failure to exhaust state court remedies.

DATED at Denver, Colorado, this 20 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-02674-BNB

Steven James Hernandez
Prisoner No. 54246
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751-6000

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk